IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SYLVESTER C. HALL                                                    PLAINTIFF

v.                               No. 3:25-cv-14-DPM

JOHN BELL;  TODD
MURRAY;  PHIL REYNOLDS;
MICHAEL LADD;  CHRIS
MORLEDGE; and
BOOKER PENNINGTON                                              DEFENDANTS

## ORDER

**1.** Hall amended his complaint as a matter of course in March. Fed. R. Civ. P. 15(a)(1). He filed a second amended complaint in April, which came less than 21 days after Bell moved to dismiss his claims. *Doc. 18*. While both amendments were timely under Rule 15(a)(1), Hall can only amend his complaint "once" as a matter of course. Fed. R. Civ. P. 15(a)(1). "In all other cases," like his April amendment, he may do so only with the Court's leave or the defendants' consent. Fed. R. Civ. P. 15(a)(2). There are no exceptions for *pro se* litigants. *Miller-Bey v. Williams*, 2021 WL 3286666, at *2 (E.D. Mo. 2 Aug. 2021). The Court therefore directs the Clerk to strike Hall's second amended complaint, *Doc. 18*, from the docket. Hall's original complaint, as amended by *Doc. 6*, is the operative complaint. *Anderson v. Hobbs*, 2012 WL 1950420 (E.D. Ark. 29 May 2012).

**2.** Reynolds's unopposed motion to answer out of time, *Doc. 9*, is granted for good cause. His answer is due by 25 April 2025.

**3.** Two service issues remain. First, Hall's amended complaint must be served on the newly named defendant, Booker Pennington. The Clerk must issue summons to Pennington using the address Hall provided in *Doc. 6*. The Clerk must provide copies of the summons, the complaint, the amended complaint, and this Order to the Marshal, who is directed to serve process by certified mail, restricted delivery, return receipt requested, without prepayment of fees. Second, the Marshal was unable to serve Ladd, Morledge, and Murray using the addresses Hall provided in *Doc. 1*. Hall must provide proper service addresses for these defendants by 9 May 2025. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). If he doesn't, the Court will dismiss them as defendants.

**4.** Bell's motion to dismiss, *Doc. 12*, remains pending.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

<u>21 April 2025</u>