IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SYLVESTER C. HALL                                                   PLAINTIFF

v.                         No. 3:25-cv-14-DPM

JOHN BELL; TODD
MURRAY; PHIL REYNOLDS;
MICHAEL LADD; CHRIS
MORLEDGE; and
BOOKER PENNINGTON                                                DEFENDANTS

ORDER

Motion, *Doc. 24*, denied without prejudice as moot. The Court has already directed the Marshal to serve process on all defendants. *Doc. 5*; *Doc. 21*. The Marshal was unable to serve Ladd, Morledge, and Murray at the addresses Hall provided. It was Hall's responsibility to provide valid service addresses for them. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (*per curiam*). He hasn't, and the time to do so has now passed. *Doc. 21 at 2*. Hall's claims against Ladd, Morledge, and Murray are therefore dismissed without prejudice; and they are dismissed as defendants. Fed. R. Civ. P. 4(m). Dismissal is required despite any actual notice they may have of this lawsuit. *Sieg v. Karnes*, 693 F.2d 803, 807 (8th Cir. 1982).

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2025