IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SYLVESTER C. HALL                                                             PLAINTIFF

v.                             No. 3:25-cv-14-DPM

PHIL REYNOLDS and
BOOKER PENNINGTON                                    DEFENDANTS

### ORDER

Pennington's unopposed motion to dismiss, *Doc. 27*, is granted. Hall alleges that Pennington embezzled more than $25,000 from him by "committing fraudulent transactions and unauthorized issuance of checks" from Hall's accounts. *Doc. 6 at 2*. Because these claims are rooted in fraud, Hall must "state with particularity the circumstances constituting fraud[.]" Fed. R. Civ. P. 9(b); *see also Collins v. Metropolitan Life Insurance Co.*, 117 F.4th 1010, 1017 (8th Cir. 2024). That includes the "who, what, where, when, and how." *United States ex rel. Costner v. United States*, 317 F.3d 883, 888 (8th Cir. 2003). Hall's fraud allegations lack many of these particulars. His claims against Pennington are therefore dismissed without prejudice, and Pennington is dismissed as a defendant.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 June 2025