# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SYLVESTER C. HALL**                                                        **PLAINTIFF**

v.                                    No. 3:25-cv-14-DPM

**PHIL REYNOLDS**                                                        **DEFENDANT**

## ORDER

Motion, *Doc. 36*, denied without prejudice. Please follow the procedure outlined in the Final Scheduling Order, *Doc. 34 at 3*, for any discovery disputes.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2025