**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SYLVESTER C. HALL** **PLAINTIFF**

**v.** **No. 3:25-cv-14-DPM**

**PHIL REYNOLDS** **DEFENDANT**

**ORDER**

Hall asks the Court to again reconsider its Order dismissing Morledge, Murray, and Ladd for lack of service. He has provided service addresses for each. *Doc. 44 at 1.* His time to do so, though, passed more than a year ago. *Doc. 21 at 2.* Plus, adding new defendants now would likely derail the Final Scheduling Order. The Court stands by its dismissal. The motion, *Doc. 44*, is denied.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

28 August 2026